# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG JAMES NEIL, | Case No. ED CV 13-2151 DMG (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| DAVID B. LONG, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 26, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE